THE STATE EX REL. TATE, APPELLANT, *v.* TRIMBLE, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Tate v. Trimble* (1998), 82 Ohio St.3d 530.]

(No. 96–1671—Submitted June 24, 1998—Decided August 5, 1998.)

---

*Law Offices of Ronald J. Koltak, Ronald J. Koltak* and *Peter J. Gibson,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellees.

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent and would affirm the judgment of the court of appeals.